No. 77–294. Oliva v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 77–296. Hestnes v. United States. C. A. 7th Cir. Certiorari denied.

No. 77–321. Upper West Fork River Watershed Assn. v. Corps of Engineers, U. S. Army, et al. C. A. 4th Cir. Certiorari denied.

No. 77–333. Wellham et al. v. Union Bank et al. C. A. 9th Cir. Certiorari denied.

No. 77–337. Castor et al. v. United States; and
No. 77–500. Dein v. United States et al. C. A. 7th Cir. Certiorari denied. Reported below: 558 F. 2d 379.

No. 77–338. Wetzel et al. v. Liberty Mutual Insurance Co. C. A. 3d Cir. Certiorari denied.

No. 77–357. Patty v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 77–368. Berdick v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–381. Atkinson v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 77–396. Pacelli v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–406. California et al. v. Federal Communications Commission et al.; and
No. 77–434. National Association of Regulatory Utility Commissioners v. Federal Communications Commission et al. C. A. D. C. Cir. Certiorari denied. Reported below: 185 U. S. App. D. C. 217, 567 F. 2d 84.